**Order entered November 15, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01115-CV

**PATRICK DAUGHERTY, Appellant**

**V.**

**HIGHLAND CAPITAL MANAGEMENT, L.P., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04005**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December

19, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/    MOLLY FRANCIS
        PRESIDING JUSTICE